SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 4 2004

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. |
| Plaintiff, | INDICTMENT CR04 00288 HG |
| vs. | Count 1: 21 U.S.C. §§ 841(a)(1) & 841(b)(1) |
| PATRICK PRATHER, | Count 2: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| Defendant. | Count 3: 18 U.S.C. § 924(c)(1)(A) |

**INDICTMENT**

**COUNT 1**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury charges:

On or about July 25, 2003, in the District of Hawaii, defendant PATRICK PRATHER, did knowingly and intentionally possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**COUNT 2**
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury further charges that:

On or about July 25, 2003, in the District of Hawaii, the defendant PATRICK PRATHER, having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce a firearm, to wit, a Sig Sauer Model No. P-226, 9mm semi-automatic handgun, bearing serial number U416823, and 12 rounds of "WIN 9mm Luger" ammunition, with the firearm and ammunition having been manufactured outside the State of Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges that:

On or about July 25, 2003, in the District of Hawaii, the defendant PATRICK PRATHER did carry and use a firearm, to wit, a Sig Sauer Model No. P-226, 9mm semi-automatic handgun, bearing serial number U416823, during and in relation to a drug trafficking crime, to wit, the drug trafficking crime charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### Sentencing Allegations

1) With respect to Count 1, the defendant possessed more than three grams but less than four grams of a substance containing d-methamphetamine hydrochloride of at least 80% purity;

2) With respect to Count 1, the defendant possessed a dangerous weapon (i.e., the Sig Sauer firearm);

3) With respect to Count 2, the defendant used and possessed the Sig Sauer firearm in connection with another felony offense, that is, the possession with the intent to distribute methamphetamine as charged in Count 1;

4) With respect to Count 2, the Sig Sauer firearm was stolen;

5) With respect to Count 3, the Sig Sauer firearm was "brandished" within the meaning of Title 18, United States Code, Section 924(c)(1)(A)(ii); and

6) With respect to Counts 1, 2, and 3, while knowing that two law enforcement officers were conducting an investigation, and while possessing with intent to distribute the narcotics charged in Count 1 and possessing the Sig Sauer firearm charged in Counts 2 and 3, the defendant, in a manner which created a substantial risk of serious bodily injury, assaulted the two law enforcement officers by reaching for the loaded Sig Sauer firearm.

DATED: August 4, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. PATRICK PRATHER
Cr. No.       (Indictment)

4