EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00288 HG |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| vs. ) | Count 1: 21 U.S.C. § 846 |
| PATRICK PRATHER, ) | Count 2: 21 U.S.C. § 841(a)(1) |
| Defendant. ) | Count 3: 18 U.S.C. § 924(c)(1)(A)(ii) |
| ) | Count 4: 18 U.S.C. §§ 924(c)(1)(A) and 2 |
| ) | Count 5: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| ) | Count 6: 18 U.S.C. §§ 922(g)(3) & 924(a)(2) |

**FIRST SUPERSEDING INDICTMENT**

## COUNT 1
(21 U.S.C. § 846)

The Grand Jury charges:

From January 4, 2003, and continuing to July 25, 2003, in the District of Hawaii, defendant PATRICK PRATHER and A.B., whose identity is known to the Grand Jury but who is not a defendant in this First Superseding Indictment, did knowingly and intentionally conspire with each other and others known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute and to distribute 50 (fifty) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

On or about July 25, 2003, in the District of Hawaii, defendant PATRICK PRATHER, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3
(18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges that:

On or about July 25, 2003, in the District of Hawaii, the defendant PATRICK PRATHER did carry a firearm, to wit, a Sig Sauer Model No. P-226, 9mm semi-automatic handgun, bearing serial number U416823, and loaded with twelve rounds of 9mm ammunition, during and in relation to a drug trafficking crime, to wit, the drug trafficking crime charged in Count 1 of this First Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 4
(18 U.S.C. §§ 924(c)(1)(A) & 2)

The Grand Jury further charges that:

On or about July 25, 2003, in the District of Hawaii, the defendant PATRICK PRATHER did aid and abet the carrying of a firearm, to wit, a Centinel .22 caliber revolver, Model R103, serial number 1189098, containing nine rounds of ammunition, by A.B., whose identity is known to the Grand Jury but who is not a defendant in this First Superseding Indictment, during and in relation to a drug trafficking crime, to wit, the drug trafficking crime charged in Count 1 of this First Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) & 2.

### COUNT 5
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury further charges that:

On or about July 25, 2003, in the District of Hawaii, the defendant PATRICK PRATHER, having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce firearms, to wit:

  (1) a Sig Sauer Model No. P-226, 9mm semi-automatic handgun, bearing serial number U416823;

  (2) a Centinel .22 caliber revolver, Model R103, serial number 1189098;

  (3) a Hi-Standard .22 caliber semi-automatic handgun, Model HB, serial number 285756,

and ammunition, to wit, approximately:

  (1) 12 rounds of "WIN 9mm Luger" ammunition;

  (2) 15 rounds of 9mm ammunition found in a polyurethane magazine;

  (3) 28 rounds of Winchester 9mm ammunition found in a box;

  (4) 78 rounds of .22 caliber ammunition; and

  (5) 8 rounds of .223 rounds of ammunition,

with the firearms and ammunition having been manufactured outside the State of Hawaii and transported in foreign and interstate commerce to reach Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 6
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about July 25, 2003, in the District of Hawaii, the defendant PATRICK PRATHER, then having been a user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce firearms, to wit:

   (1) a Sig Sauer Model No. P-226, 9mm semi-automatic handgun, bearing serial number U416823;

   (2) a Centinel .22 caliber revolver, Model R103, serial number 1189098;

   (3) a Hi-Standard .22 caliber semi-automatic handgun, Model HB, serial number 285756,

and ammunition, to wit, approximately:

   (1) 12 rounds of "WIN 9mm Luger" ammunition;

   (2) 15 rounds of 9mm ammunition found in a polyurethane magazine;

   (3) 28 rounds of Winchester 9mm ammunition found in a box;

   (4) 78 rounds of .22 caliber ammunition; and

   (5) 8 rounds of .223 rounds of ammunition,

with the firearms and ammunition having been manufactured outside the State of Hawaii and transported in foreign and interstate commerce to reach Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: February 9, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. PATRICK PRATHER
Cr. No. 04-00228 (First Superseding Indictment)

6