# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 12, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00288HG |
| CASE NAME: | U.S.A. vs. PATRICK PRATHER |
| ATTYS FOR PLA: | Marshall H. Silverberg |
| ATTYS FOR DEFT: | Donna M. Gray |
| U.S.P.O.: | Peter D. Yoshihara |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 12, 2006 | TIME: | 2:15 - 2:40 |

COURT ACTION:  SENTENCING TO COUNTS 1 AND 3 OF THE FIRST SUPERSEDING INDICTMENT -

The defendant is present in custody.
The defendant waived his right to allocution.

ADJUDGED: Impr of 120 mos as to Count 1, and 84 mos as to Count 3, to be served consecutive to the sentence imposed in Count 1.

SUPERVISED RELEASE: 5 yrs as to Count 1 and 3 yrs as to Count 3, both terms to be served concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $200.
Advised of rights to appeal the sentences, etc.
RECOMMENDATIONS: FCI Phoenix, AZ to be near family. That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program and educational and vocational training programs. In addition, that the Bureau of Prisons review the defendant's medical record.
Government's Motion to Dismiss Counts 2,4,5 & 6 is GRANTED.

Submitted by: David H. Hisashima, Courtroom Manager